**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  : Chapter 13
    Hentz, Lillian L.

    Debtor  : 16-13293 sr

## CERTIFICATE OF SERVICE

I certify that on  January 8, 2017 , I mailed by either electronic means and/or regular first class mail a copy of the Debtor's Motion to Determine Value, Order and Notice of Hearing to Consider Motion to the parties listed below.

Dated: January 8, 2017

        "/s/" Mitchell J. Prince
        John L. McClain, Esquire
        Mitchell J. Prince, Esquire
        Attorneys for debtor

**JOHN L. MCCLAIN & ASSOCIATES, PC
ATTORNEYS AT LAW
P.O. Box 123
Narberth, PA 19072**

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606

Regional Acceptance Corporation
P.O. Box 1847
Wilson, NC 27894
ATTN: Charles R. Fluno (Chad), Vice President
(Per Proof of Claim filed)

Hentz, Lillian L.
4800 N. 13th Street
Philadelphia, PA 19141