**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          : Chapter 13

**Hentz, Lillian L.**

       **Debtor**

                            :           16-13293 sr

**CERTIFICATE OF SERVICE OF
<u>DEBTOR'S AMENDED CHAPTER 13 PLAN</u>**

     I certify that on  <u>January 8, 2017</u> , the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition were served a copy of the Debtor's Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated:<u>January 8, 2017</u>

                                    _"/s/"Mitchell J. Prince
                                    John L. McClain, Esquire
                                    Mitchell J. Prince, Esquire
                                    Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072