## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**                                        **: Chapter 13**
         **Hentz, Lillian L.**
              **Debtor**                  **: 16-13293 sr**


## ADDENDUM TO AMENDED CHAPTER 13 PLAN


**THIS ADDENDUM TO PLAN DOES NOT MATERIALLY OR ADVERSELY AFFECT THE INTERESTS OF THE CREDITORS.**


**Payment of Secured Claims: Payment to** The City of Philadelphia for claim No. 6 shall be corrected from $478.52  to the correct claim total of $690.97 to be paid in the plan in full.

Dated: February 6, 2017



"/s/"_Mitchell J. Prince, Esquire_____
John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
Attorneys for the Debtor

11