United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-13293-sr
Lillian L. Hentz                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: PaulP              Page 1 of 1              Date Rcvd: Feb 11, 2017
                             Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2017.
db              +Lillian L. Hentz,    4800 N. 13th Street,   Philadelphia, PA 19141-3427

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13735431         E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 11 2017 06:11:43      Regional Acceptance Corporation,
                  PO Box 1847,   Wilson, NC 27894-1847
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOHN L. MCCLAIN    on behalf of Debtor Lillian L. Hentz aaamcclain@aol.com, edpabankcourt@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor   NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Hentz, Lillian L.
       Debtor : 16-13293 sr

### ORDER

And Now upon consideration of Debor, Lillian L. Hentz's Motion to Determine Value, and any response in opposition thereto, if any, it is hereby ORDERED that Debtor's motion is granted and the allowed secured claim of the respondent, Regional Acceptance Corporation, is $11,887.50 at 3.75% interest.

It is further ORDERED that the clerk shall amend the Claim Register to reflect a total payment of $12700.57 to Respondent, as set forth in Debtor's Plan.

Dated:_____    _____
                                           Bankruptcy Judge
                                        **STEPHEN RASLAVICH**

JOHN L. MCCLAIN & ASSOCIATES, PC
ATTORNEYS AT LAW
P.O. Box 123                    **Dated: February 9, 2017**
Narberth, PA 19072

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606

Regional Acceptance Corporation
P.O. Box 1847
Wilson, NC 27894
ATTN: Charles R. Fluno (Chad), Vice President
(Per Proof of Claim filed)

Hentz, Lillian L.
4800 N. 13th Street
Philadelphia, PA 19141