**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                              : Chapter 13
    Hentz, Lillian L.

    Debtor                                               :   16-13293 sr

**ORDER FOR ALLOWANCE OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**

AND NOW, to wit, this _____ day of _____, 2017, upon consideration of the "Disclosure of Compensation of Attorney for Debtor" filed and/or the foregoing Motion For allowance of Compensation and Reimbursement of Expenses, IT IS HEREBY

    ORDERED that the Motion is hereby granted a total fee of $6,532.50 and $28 in expenses and further, the unpaid balance of $6,032.50 of the legal fees and $28 in incurred expenses shall be paid through debtor's) Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtor's confirmed plan.

_____
Bankruptcy Judge

**JUDGE STEPHEN RASLAVICH**

**Dated: March 22, 2017**

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606

Hentz, Lillian L.
4800 N. 13th Street
Philadelphia, PA 19141