United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-13293-sr
Lillian L. Hentz                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Mar 22, 2017
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2017.
db             +Lillian L. Hentz,    4800 N. 13th Street,    Philadelphia, PA 19141-3427

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2017 at the address(es) listed below:
          FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          JOHN L. MCCLAIN   on behalf of Debtor Lillian L. Hentz aaamcclain@aol.com,  edpabankcourt@aol.com
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS I. PULEO   on behalf of Creditor   NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                        TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          : Chapter 13
  Hentz, Lillian L.

      **Debtor**                          :   **16-13293 sr**

**ORDER FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

AND NOW, to wit, this _____day of _____, 2017, upon consideration of
the "Disclosure of Compensation of Attorney for Debtor" filed and/or the
foregoing Motion For allowance of Compensation and Reimbursement of
Expenses, IT IS HEREBY

   ORDERED that the Motion is hereby granted a total fee of $6,532.50 and
$28 in expenses and further, the unpaid balance of $6,032.50 of the legal fees
and $28 in incurred expenses shall be paid through debtor's) Chapter 13 Plan
through the office of the Chapter 13 trustee as an administrative priority
expense, to the extent provided for by the Debtor's confirmed plan.

_____
            Bankruptcy Judge

**JUDGE STEPHEN RASLAVICH**

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

**Dated: March 22, 2017**

Frederick Reigle, Trustee
P.O. Box 4010
Reading, PA 19606

Hentz, Lillian L.
4800 N. 13th Street
Philadelphia, PA 19141