# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lillian Hentz<br>　　　　　Debtor<br><br>Nationstar Mortgage LLC<br>　　　　v.<br>Lillian Hentz<br>　　　　and<br>Scott Waterman<br>　　　　Trustee | Chapter 13<br><br>NO. 16-13293 JKF |

## ORDER

AND NOW, this 25th day of June, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on January 12, 2017 it is ORDERED ~~AND~~ ~~DECREED~~ that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Nationstar Mortgage LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 4800 North 13Th Street Philadelphia, Pa 19141.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Lillian Hentz
4800 N 13Th Street
Philadelphia, PA 19141

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

John L. McClain
John L. McClain & Associates
P.O. Box 123
Narberth , PA 19072-0123

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532