United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-13293-jkf
Lillian L. Hentz                                                          Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP         Page 1 of 1        Date Rcvd: Jun 25, 2019
                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2019.
db             +Lillian L. Hentz,    4800 N. 13th Street,    Philadelphia, PA 19141-3427

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2019 at the address(es) listed below:
      JOHN L. MCCLAIN    on behalf of Debtor Lillian L. Hentz aaamcclain@aol.com, edpabankcourt@aol.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
       ecf_frpa@trustee13.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
      THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Lillian Hentz
                Debtor

Nationstar Mortgage LLC
            v.
Lillian Hentz
           and
Scott Waterman
                Trustee

Chapter 13

NO. 16-13293 JKF

**ORDER**

AND NOW, this 25th day of June, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on January 12, 2017 it is ORDERED ~~AND~~ ~~DECREED~~ that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Nationstar Mortgage LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 4800 North 13Th Street Philadelphia, Pa 19141.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Lillian Hentz
4800 N 13Th Street
Philadelphia, PA 19141

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

John L. McClain
John L. McClain & Associates
P.O. Box 123
Narberth , PA 19072-0123

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532