**Fill in this information to identify the case:**

Debtor 1    Lillian L. Hentz

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the:   Eastern    District of  Pennsylvania
(State)

Case number   16-13293 JKF

Form 4100N

# Notice of Final Cure Payment                                              10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:**  Nationstar Mortgage LLC

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account:  2  8  1  4

**Property address:**   4800 N. 13th Street
Number     Street

Philadelphia    PA    19141
City              State    ZIP Code

### Part 2: Cure Amount

**Total cure disbursements made by the trustee:**                                                   Amount

a. Allowed prepetition arrearage:                                                               (a) $ 1,120.29

b. Prepetition arrearage paid by the trustee:                                                   (b) $ 1,120.29

c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c):    (c) $ _____

d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee:    (d) $ _____

e. Allowed postpetition arrearage:                                                              (e) $ 5,021.41

f. Postpetition arrearage paid by the trustee:                                              + (f) $ 5,021.41

g. **Total**. Add lines b, d, and f.                                                            (g) $ 6,141.70

### Part 3: Postpetition Mortgage Payment

*Check one:*

❑ Mortgage is paid through the trustee.

Current monthly mortgage payment:                                                              $ _____

The next postpetition payment is due on:    ___/___/____
MM / DD / YYYY

❑ Mortgage is paid directly by the debtor(s).

Debtor 1   Lillian L. Hentz                              Case number (*if known*) 16-13293
          First Name   Middle Name   Last Name

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✘ /s/ Scott F. Waterman, Esquire                Date  09/ 18/ 2019
Signature

Trustee   Scott           F.            Waterman
         First Name   Middle Name   Last Name

Address   2901 St. Lawrence Avenue, Suite 100
         Number       Street

         Reading                    PA        19606
         City                       State     ZIP Code

Contact phone  ( 610 )  779 – 1313          Email  info@readingch13.com

---

Form 4100N                    **Notice of Final Cure Payment**                    page **2**