UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Lillian L. Hentz
       Bankruptcy No. 16-13293JKF
       Adversary No.
       Chapter            13

Date:   September 19, 2019

To:        John L. McClain, Esq.

## NOTICE OF INACCURATE FILING

Re:  Motion to Discontinue Wage Deduction

The above pleading was filed in this office on **September 18, 2019 .** Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )   Debtor's name does not match case number listed
- ( )   Debtor's name and case number are missing
- ( )   Wrong PDF document attached
- ( )   PDF document  not legible
- ( )   Notice of Motion/Objection
- ( )   Electronic Signature missing
- (x)   Other: Incorrect Judge on PDFs

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

                              Timothy B. McGrath
                              Clerk

                              By:  **Paul A. Puskar**
                              Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04