**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          : Chapter 13
    Hentz, Lillian L.

      Debtor(s)                              : 16-13293 jkf

            :

**ORDER TERMINATING WAGE ORDER**

    **AND NOW,** this      day of                2019, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

    **ORDERED**, that the wage order previously entered in this case, directing Temple University to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT  *[signature]*

_____
JUDGE

**Date: September 19, 2019**

Temple University
1852 N. 10th Street
Philadelphia, PA 19122


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Hentz, Lillian L.

4800 N. 13th Street
Philadelphia, PA 19141


Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606