United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-13293-jkf
Lillian L. Hentz                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Sep 24, 2019
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2019.
db            +Lillian L. Hentz,    4800 N. 13th Street,    Philadelphia, PA 19141-3427
              +Temple University,    1852 N. 10th Street,   Philadlephia, PA 19122-6023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2019 at the address(es) listed below:
              JOHN L. MCCLAIN    on behalf of Debtor Lillian L. Hentz aaamcclain@aol.com,    edpabankcourt@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Hentz, Lillian L.

    Debtor(s) : 16-13293

:

**ORDER TERMINATING WAGE ORDER**

    **AND NOW,** this 24th day of September, 2019, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

    **ORDERED**, that the wage order previously entered in this case, directing Temple University to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

    BY THE COURT

    _____
    JUDGE   Jean K. FitzSimon


Temple University
1852 N. 10th Street
Philadelphia, PA 19122


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Hentz, Lillian L.

4800 N. 13th Street
Philadelphia, PA 19141


Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606