**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
|     Hentz, Lillian L. | : |
| | : 16-13293 |
|     Debtor(s) | : |

## PRAECIPE TO CHANGE ADDRESS

TO THE CLERK OF THE COURT:

    The Debtors through and by their counsel, John L. McClain hereby requests the court kindly change the Debtor's address in the above captioned matter.  The Debtor's new address is:

Hentz, Lillian L.

1526 W. Blavis Street
Philadelphia, PA 19140


Date:  November 2, 2019

"/s/"Mitchell J. Prince
John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
Attorneys for Plaintiff(s)/Debtor(s)
John L. McClain & Associates
P.O. Box 123
Narberth, PA 19072
(215) 893-9357