```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                  Case No. 16-13293-jkf
Lillian L. Hentz                                                        Chapter 13
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0313-2           User: Antoinett              Page 1 of 2              Date Rcvd: Dec 13, 2019
                               Form ID: 138NEW              Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
db             +Lillian L. Hentz,    1526 W. Blavis Street,    Philadelphia, PA 19140-1931
13761812        ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
13724257       +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13724258       #+Lillian L. Hentz,    4800 N. 13th Street,    Philadelphia, PA 19141-3427
13785924       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
                  P.O. Box 619096,   Dallas, TX 75261-9741)
13724259       +Nationstar Mortgage,    PO Box 650783,    Dallas, TX 75265-0783
13724261       +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
13724262        Philadelphia Gas Works,    Po Box 11700,    Newark, NJ 07101-4700
13851253       +Temple University,    1803 N. Broad Street,    Room 216-Carnell Hall,
                 Philadelphia, PA 19122-6104
13724264       +Wffinancial,    Attention: Bankruptcy,    PO Box 29704,    Phoenix, AZ 85038-9704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Dec 14 2019 02:56:50    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2019 02:56:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2019 02:56:39    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13814791        E-mail/Text: megan.harper@phila.gov Dec 14 2019 02:56:50    City of Philadelphia,
                 Law Department Tax Unit,   Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
13724255        E-mail/Text: megan.harper@phila.gov Dec 14 2019 02:56:50    City of Philadelphia,
                 Law Dept. - Tax Unit,   1401 JFK Blvd. 5th Floor,    Phila., PA 19102
13724256        E-mail/Text: cio.bncmail@irs.gov Dec 14 2019 02:55:55    IRS,    PO Box 9038,
                 Andover, MA 01810-9041
13724260       +E-mail/Text: nod.referrals@fedphe.com Dec 14 2019 02:55:50    Phelan, Hallinan & Schmieg, LLP,
                 1617 JFK Boulevard, Ste 1400,   Philadelphia, PA 19103-1814
13724263       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 14 2019 02:59:21    Regional Acceptance Co,
                 621 W Newport Pike,   Wilmington, DE 19804-3235
13735431        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 14 2019 02:59:21    Regional Acceptance Corporation,
                 PO Box 1847,   Wilson, NC 27894-1847
                                                                                              TOTAL: 9

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Antoinett            Page 2 of 2                  Date Rcvd: Dec 13, 2019
                              Form ID: 138NEW            Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
        JOHN L. MCCLAIN    on behalf of Debtor Lillian L. Hentz aaamcclain@aol.com, edpabankcourt@aol.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Lillian L. Hentz

      Debtor(s)                                  Bankruptcy No: 16–13293–jkf

                                                     Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                900 Market Street
                                   Suite 400
                               Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                               For The Court
                                                                    Timothy B. McGrath
                                                                     Clerk of Court

Dated: 12/13/19

                                                                                                      73 – 71
                                                                                                Form 138_new